THE HONORABLE JAMAL N. WHITEHEAD
Trial Date: 02/26/2024

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| THE DESIREE ASSOCIATION OF APARTMENT OWNERS, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No. 2:22-cv-01503-JNW<br><br>STIPULATED MOTION AND (PROPOSED) ORDER FOR DISMISSAL<br><br>NOTE ON MOTION CALENDAR: 09/18/2023 |

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

DATED this 8th day of September, 2023.

By   *s/Alfred E. Donohue*
Alfred E. Donohue, WSBA No. 32774
Wilson Smith Cochran Dickerson
1000 Second Avenue, Suite 2050
Seattle, WA 98104
Phone: 206-623-4100; Fax: 206-623-9273
Email: donohue@wscd.com
Of Attorneys for Defendant Allstate



WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED this 18th day of September, 2023.

By  *s/Justin D. Sudweeks* (with permission)
Justin D. Sudweeks, WSBA No. 28755
Stein, Sudweeks & Stein
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Phone: 206-388-0660; Fax: 206-286-2660
Email: justin@condodefects.com
Of Attorneys for Plaintiff

IT IS SO ORDERED.

DATED this 18th day of September 2023.

Jamal N. Whitehead
United States District Judge

STIPULATED MOTION AND ORDER FOR
DISMISSAL (Cause No. 2:22-cv-01503-JNW) – 2
ys/AED6513.153/4503719X

WILSON
SMITH
COCHRAN
DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273